IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOSE MANUEL RAMIREZ-MEDINA<br><br>Plaintiff,<br><br>v.<br><br>CHIEF MIKE BROWN; SERGEANT BLOOM, BADGE 061; and UNIDENTIFIED POLICE OFFICER BADGE 098,<br><br>Defendants. | **ORDER ADOPTING REPORT & RECOMMENDATION AND DISMISSING ACTION**<br><br>Case No. 2:23-cv-00097-TC-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

On September 26, 2023, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R) recommending that the court dismiss this action without prejudice for failure to prosecute and failure to comply with court orders (ECF No. 22). Plaintiff Jose Manuel Ramirez-Medina has also filed a motion to dismiss the case (ECF No. 23). Given Mr. Ramirez-Medina's motion, the court will not wait for further objections. Having reviewed the R&R, the court ADOPTS Judge Oberg's R&R, GRANTS Mr. Ramirez-Medina's motion to dismiss, and directs the Clerk of Court to dismiss this action without prejudice.

SO ORDERED this 2nd day of October, 2023.

BY THE COURT:

_Tena Campbell_
TENA CAMPBELL
United States District Judge

1